UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Dennis Dela Cruz Fabian**     : No. 20-11120
: CHAPTER 13

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **1st Amended** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee and on all other creditors adversely affected on the **11th day of May 2020** by CM/ecf electronic mail and/or first class mail, postage prepaid on the attached list.

BY:   /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
402 MIDDLETOWN BLVD.
SUITE 202
LANGHORNE, PA. 19047
(215) 741-1100

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Ann Swartz Esq
123 S Broad Street
Ste 1400
Philadelphia, PA 19109

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Becket & Lee
PO Box 3001
Malvern, PA 19355

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

```
LendingClub
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105



LVNV FundingLLC
PO Box 10587
Greenville, SC 29603



Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236



Maxim Commercial Capital
11620 Wilshire Blvd
Suite 540
Los Angeles, CA 90025



Midland Fund
Attn: Bankruptcy
350 Camino De La Reine Ste 100
San Diego, CA 92108



Naviet
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773



Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541



Rebecca Solarz, Esq
701 Market Street
Ste 5000
Philadelphia, PA 19106
```

Richard Keifer Esq
311 Market Street
Kingston, PA 18704


Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Toyota Financial Services
Attn: Bankruptcy Dept
Po Box 8026
Cedar Rapids, IA 52409


Weichert Finance Ser/d
1 Corporate Dr
Lake Zurich, IL 60047


Wf/Fmg
Attn: Bankruptcy
Po Box 10438 Mac F8235-02f
Des Moines, IA 50306