UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Dennis Dela Cruz Fabian <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.20-11120-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2020, by first class mail upon those listed below:

Dennis Dela Cruz Fabian
47 Goldenridge Drive
Levittown, PA  19057

**Electronically via CM/ECF System Only:**

MICHAEL P KELLY ESQ
COWAN & KELLY
202 PENNS SQUARE
LANGHORNE, PA  19047


                                                                                   */s/ Deborah A. Earnshaw*
                                                                                    Deborah A. Earnshaw
                                                                                    for
                                                                                    Scott F. Waterman, Esquire
                                                                                    Standing Chapter 13 Trustee