UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **Dennis Dela Cruz Fabian**       : **No. 20-11120**
: **CHAPTER 13**

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **2nd Amended** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee and on all other creditors adversely affected on the **12th day of July 2020** by CM/ecf electronic mail and/or first class mail, postage prepaid on the attached list.

BY:   /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
402 MIDDLETOWN BLVD.
SUITE 202
LANGHORNE, PA. 19047
(215) 741-1100

Maxim Commercial Capital
11620 Wilshire Blvd
Suite 540
Los Angeles, CA 90025

Toyota Financial Services
Attn Bankruptcy Dept
PO Box 8026
Cedar Rapids, IA 52409

Weichert Finance Ser/d
1 Corporate Drive
Lake Zurich, IL 60047

Wf/Fmg
Attn Bankruptcy
PO Box 10438/ MAC F8285-02f
Des Moines, IA 50306

Ann Swartz, Esquire
123 S Broad Street
'Ste 1400
Phila., PA 19109

Richard Keifer, Esq
311 Market Street
Kingston, PA 18704

Rebecca Solarz, Esq
701 Market Street
Ste 5000
Phila., PA 19106