| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11120-AMC**

| | |
|---|---|
| Dennis Dela Cruz Fabian | Petition Filed Date: 02/24/2020 |
| 47 Goldenridge Drive | 341 Hearing Date: 03/27/2020 |
| Levittown  PA    19057 | Confirmation Date: 09/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/30/2020 | $1,150.00 | | 04/30/2020 | $500.00 | | 06/02/2020 | $500.00 | |
| 06/30/2020 | $930.00 | | 07/30/2020 | $930.00 | | 08/31/2020 | $1,000.00 | |
| 09/30/2020 | $1,000.00 | | 10/30/2020 | $1,000.00 | | 12/01/2020 | $1,000.00 | |
| 01/04/2021 | $1,000.00 | | 02/01/2021 | $1,000.00 | | 03/02/2021 | $1,000.00 | |
| 03/30/2021 | $1,000.00 | | 04/30/2021 | $1,000.00 | | 06/01/2021 | $1,000.00 | |

**Total Receipts for the Period: $14,010.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,010.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dennis Dela Cruz Fabian | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,305.72 | $0.00 | $3,305.72 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $9,203.06 | $0.00 | $9,203.06 |
| 3 | WEICHERT FINANCIAL SERVICES<br>»» 003 | Mortgage Arrears | $35,926.35 | $4,178.99 | $31,747.36 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $454.02 | $0.00 | $454.02 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $3,307.67 | $0.00 | $3,307.67 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $1,874.91 | $0.00 | $1,874.91 |
| 7 | MARINER FINANCE LLC<br>»» 007 | Unsecured Creditors | $745.13 | $0.00 | $745.13 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $2,052.99 | $0.00 | $2,052.99 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $3,782.28 | $0.00 | $3,782.28 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 10S | Secured Creditors | $37,427.81 | $4,353.63 | $33,074.18 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 10U | Unsecured Creditors | $2,683.46 | $0.00 | $2,683.46 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $4,099.51 | $0.00 | $4,099.51 |
| 13 | WELLS FARGO<br>»» 12S | Secured Creditors | $2,160.75 | $251.33 | $1,909.42 |
| 14 | WELLS FARGO<br>»» 12U | Unsecured Creditors | $1,621.00 | $0.00 | $1,621.00 |

**Chapter 13 Case No. 20-11120-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MAXIM COMMERCIAL CAPITAL LLC<br>»» 013 | Unsecured Creditors | $11,379.64 | $0.00 | $11,379.64 |
| 16 | LENDING CLUB CORPORATION<br>»» 014 | Unsecured Creditors | $9,106.32 | $0.00 | $9,106.32 |
| 17 | DEPARTMENT STORE NATIONAL BANK<br>»» 015 | Unsecured Creditors | $1,166.18 | $0.00 | $1,166.18 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,010.00 | | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $11,933.95 | | Arrearages: | $1,800.00 |
| Paid to Trustee: | $1,176.05 | | Total Plan Base: | $87,810.00 |
| Funds on Hand: | $900.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.