IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DENNIS DELA CRUZ FABIAN,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>      Movant,<br><br>  V.<br>DENNIS DELA CRUZ FABIAN, and SCOTT F. WATERMAN, Trustee,<br><br>      Respondents. | Bankruptcy No. 20-11120-amc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 17, 2021, I served copies of the Motion for Relief from the Automatic Stay and the Notice of Hearing with Response Deadline upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Dennis Dela Cruz Fabian<br>47 Goldenridge Drive<br>Levittown, PA 19057 | Michael P. Kelly<br>Cowan & Kelly<br>202 Penns Square<br>Langhorne, PA 19047 |

| | |
|---|---|
| Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      Phone (412) 456-8112
      Fax (412) 456-8135