# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Dennis Dela Cruz Fabian | : BKY. NO.  20-11120 |
| | : |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding debtor's Amended Motion to Modify Plan.

DATED: October 26, 2021

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpk@cowanandkelly.com