IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DENNIS DELA CRUZ FABIAN,<br>       Debtor,<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION,<br><br>       Movant,<br><br>   V.<br>DENNIS DELA CRUZ FABIAN, and<br>SCOTT F. WATERMAN, Trustee,<br><br>       Respondents. | Bankruptcy No. 20-11120-amc<br><br>Chapter 13<br><br>Document No. 53 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY ON
DATED SEPTEMBER 17, 2021

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Motion for Relief from Stay on the 2019 Nissan Maxima* (the "Motion"), filed on September 17, 2021, at Document No. 53. The Modified Chapter 13 Plan filed on October 12, 2021, at Document No. 62 resolves the motion by paying the loan with interest to the Movant through the Modified Plan.

Dated: October 26, 2021

                              Respectfully submitted,

                              BERNSTEIN-BURKLEY, P.C.

                              By: /s/ Keri P. Ebeck
                              Keri P. Ebeck
                              PA I.D. # 91298
                              kebeck@bernsteinlaw.com
                              601 Grant Street, 9th Floor
                              Pittsburgh, PA 15219
                              412-456-8112
                              Fax: (412) 456-8120

                              *Counsel for Toyota Motor Credit Corporation*