UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY. NO. 20-11120-AMC
Dennis Dela Cruz Fabian :
: CHAPTER 13

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

AND NOW, upon consideration of the Debtors' AMENDED Motion to Modify Confirmed Plan (Doc. #63) and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (Doc. #62) is APPROVED.

BY THE COURT:

**Date: October 28, 2021**

ASHELY A. CHAN
Bankruptcy Judge