# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       : CHAPTER 13
Dennis Dela Cruz Fabian           : BKY. NO. 20-11120
                                                 :

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding counsel's Application for Supplemental Counsel Fees.

DATED: November 18, 2021                                                  /s/ Michael P. Kelly
                                                                                Michael P. Kelly, Esquire
                                                                                Suite 202 - Penn's Square
                                                                                402 Middletown Blvd.
                                                                                Langhorne, PA   19047
                                                                                (215) 741-1100
                                                                                Fax (215) 741-4029
                                                                                Email: mpk@cowanandkelly.com