IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
DENNIS DELA CRUZ FABIAN :
: NO. 20-11120-AMC

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

IT IS **ORDERED** that supplemental compensation in the amount of **$1,200.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **09/16/2020 to 10/27/2021.** The trustee is authorized to pay the supplemental amount due of **$1,200.00** to the extent provided by the terms of the confirmed plan.

**Date: November 19, 2021**

Dated: _____
ASHELY M. CHAN
U.S. Bankruptcy Judge