**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     Dennis Dela Cruz Fabian<br>               Debtor<br>         and<br><br>        Rosalie Fabian<br>               Co-Debtor<br><br>Weichert Financial Services, or its Successor or Assignee<br>               Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Dennis Dela Cruz Fabian<br>Rosalie Fabian<br>              Respondents | Chapter 13<br>Bankruptcy No. 20-11120-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Weichert Financial Services or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 47 Goldenridge Drive, Bristol, Pennsylvania 19057.

       **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

       1.       If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>February 22, 2022</u> you or your attorney must do <u>all</u> of the following:

               (a)       file an answer explaining your position at

                           United States Bankruptcy Court
                           For the Eastern District of Pennsylvania
                           900 Market Street
                           Suite 400
                           Philadelphia, PA 19107

       If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

               (b)       mail a copy to the Movant's attorney:

                           Andrew M. Lubin, Esquire
                           McCabe, Weisberg & Conway, LLC
                           123 S. Broad Street, Suite 1400
                           Philadelphia, PA 19109
                           Phone: 215-790-1010

Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on March 2, 2022 at 11:00 a.m. in United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: February 8, 2022