**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Dennis Dela Cruz Fabian<br>            Debtor<br>        and<br><br>    Rosalie Fabian<br>            Co-Debtor<br><br>Weichert Financial Services, or its Successor or Assignee<br>            Movant<br>    vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Dennis Dela Cruz Fabian<br>Rosalie Fabian<br>            Respondents | Chapter 13<br>Bankruptcy No. 20-11120-amc |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for Weichert Financial Services, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 8, 2022

| | | |
|---|---|---|
| Dennis Dela Cruz Fabian<br>47 Goldenridge Drive<br>Bristol, PA 19057<br><br>Rosalie Fabian<br>47 Goldenridge Drive<br>Bristol, PA 19057 | Michael P. Kelly, Esquire<br>Cowan & Kelly<br>202 Penns Square<br>Langhorne, PA 19047<br><br>United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | SCOTT F. WATERMAN Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

        /s/ Andrew M. Lubin, Esquire
        MARGARET GAIRO, ESQUIRE ID # 34419
        MARISA MYERS COHEN, ESQUIRE ID #87830
        ANDREW M. LUBIN, ESQUIRE ID # 54297
        Attorney for Weichert Financial Services
        123 South Broad Street, Suite 1400
        Philadelphia, PA 19109
        Telephone: (215) 790-1010
        Facsimile: (215) 790-1274
        Email: ecfmail@mwc-law.com