# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Dennis Dela Cruz Fabian<br>             Debtor<br>    and<br><br>    Rosalie Fabian<br>             Co-Debtor<br><br>Weichert Financial Services, or its Successor or Assignee<br>             Movant<br>    vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Dennis Dela Cruz Fabian<br>Rosalie Fabian<br>             Respondents | Chapter 13<br>Bankruptcy No. 20-11120-amc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Weichert Financial Services for Relief from the Automatic Stay is hereby APPROVED.

For the Court:

_____
ASHELY M. CHAN,
U.S. Bankrutpcy Judge

**Date: May 11, 2022**