United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11120-amc

Dennis Dela Cruz Fabian     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 11, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Dela Cruz Fabian, 47 Goldenridge Drive, Levittown, PA 19057-3232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2022 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com bkecf@milsteadlaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: pdf900 | Total Noticed: 4 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARISA MYERS COHEN
    on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com  mcohen@mwc-law.com

MICHAEL P. KELLY
    on behalf of Debtor Dennis Dela Cruz Fabian mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

RICHARD W. KEIFER, III
    on behalf of Creditor Maxim Commercial Capital  LLC rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

Case 20-11120-amc    Doc 86    Filed 05/13/22    Entered 05/14/22 00:28:49    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: pdf900 | Total Noticed: 4 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARISA MYERS COHEN
    on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com  mcohen@mwc-law.com

MICHAEL P. KELLY
    on behalf of Debtor Dennis Dela Cruz Fabian mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Dennis Dela Cruz Fabian<br>            Debtor<br>        and<br><br>    Rosalie Fabian<br>            Co-Debtor<br><br>Weichert Financial Services, or its Successor or Assignee<br>            Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Dennis Dela Cruz Fabian<br>Rosalie Fabian<br>            Respondents | Chapter 13<br>Bankruptcy No. 20-11120-amc |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Weichert Financial Services for Relief from the Automatic Stay is hereby APPROVED.

**Date: May 11, 2022**

For the Court:

_____
ASHELY M. CHAN,
U.S. Bankrutpcy Judge