IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DENNIS DELA CRUZ FABIAN,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>      Movant,<br><br>  V.<br>DENNIS DELA CRUZ FABIAN, and SCOTT F. WATERMAN, Trustee,<br><br>      Respondents. | Bankruptcy No. 20-11120-amc<br><br>Chapter 13<br><br>Document No. 89 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 89)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 89 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 27, 2022.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

      Respectfully submitted,

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      Phone - (412) 456-8112
      Fax - (412) 456-8135

      Counsel for Toyota Motor Credit Corporation

Dated: July 27, 2022