IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> DENNIS DELA CRUZ FABIAN, <br>         Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>         Movant, <br><br> V. <br> DENNIS DELA CRUZ FABIAN, and SCOTT F. WATERMAN, Trustee, <br><br>         Respondents. | Bankruptcy No. 20-11120-amc <br><br> Chapter 13 <br><br> Document No. |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2015 Toyota 4Runner, VIN# JTEBU5JR5F5266693.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge

**Date: August 4, 2022**