United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-11120-amc
Dennis Dela Cruz Fabian  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis Dela Cruz Fabian, 47 Goldenridge Drive, Levittown, PA 19057-3232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

**Name**     **Email Address**

ANDREW M. LUBIN
     on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com  bkecf@milsteadlaw.com

KERI P EBECK
     on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Aug 04, 2022     Form ID: pdf900     Total Noticed: 3

MARISA MYERS COHEN
   on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com mcohen@mwc-law.com

MICHAEL P. KELLY
   on behalf of Debtor Dennis Dela Cruz Fabian mpkpc@aol.com r47593@notify.bestcase.com

REBECCA ANN SOLARZ
   on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

RICHARD W. KEIFER, III
   on behalf of Creditor Maxim Commercial Capital  LLC rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: <br><br> DENNIS DELA CRUZ FABIAN, <br>           Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>           Movant, <br><br> V. <br> DENNIS DELA CRUZ FABIAN, and SCOTT F. WATERMAN, Trustee, <br><br>           Respondents. | Bankruptcy No. 20-11120-amc <br><br> Chapter 13 <br><br> Document No. |
|---|---|

## ORDER OF COURT

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2015 Toyota 4Runner, VIN# JTEBU5JR5F5266693.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

**Date: August 4, 2022**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge