| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-11120-AMC**

| | |
|---|---|
| Dennis Dela Cruz Fabian | Petition Filed Date: 02/24/2020 |
| 47 Goldenridge Drive | 341 Hearing Date: 03/27/2020 |
| Levittown  PA    19057 | Confirmation Date: 09/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $1,000.00 | | 06/01/2021 | $1,000.00 | | 06/30/2021 | $1,000.00 | |
| 07/30/2021 | $1,000.00 | | 08/30/2021 | $1,000.00 | | 09/30/2021 | $1,000.00 | |
| 11/01/2021 | $1,000.00 | | 12/06/2021 | $1,135.00 | | 01/03/2022 | $1,135.00 | |
| 02/01/2022 | $1,135.00 | | 03/04/2022 | $1,135.00 | | 04/04/2022 | $1,135.00 | |

**Total Receipts for the Period:  $12,675.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $24,685.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dennis Dela Cruz Fabian | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $3,305.72 | $0.00 | $3,305.72 |
| 2 | BANK OF AMERICA NA<br>»»  002 | Unsecured Creditors | $9,203.06 | $0.00 | $9,203.06 |
| 3 | WEICHERT FINANCIAL SERVICES<br>»»  003 | Mortgage Arrears | $35,926.35 | $8,571.28 | $27,355.07 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $454.02 | $0.00 | $454.02 |
| 5 | AMERICAN INFOSOURCE LP<br>»»  005 | Unsecured Creditors | $3,307.67 | $0.00 | $3,307.67 |
| 6 | AMERICAN INFOSOURCE LP<br>»»  006 | Unsecured Creditors | $1,874.91 | $0.00 | $1,874.91 |
| 7 | MARINER FINANCE LLC<br>»»  007 | Unsecured Creditors | $745.13 | $0.00 | $745.13 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»»  008 | Unsecured Creditors | $2,052.99 | $0.00 | $2,052.99 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $3,782.28 | $0.00 | $3,782.28 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»»  10S | Secured Creditors | $39,767.28 | $9,138.18 | $30,629.10 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»»  10U | Unsecured Creditors | $2,683.46 | $0.00 | $2,683.46 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»»  011 | Unsecured Creditors | $4,099.51 | $0.00 | $4,099.51 |
| 13 | WELLS FARGO<br>»»  12S | Secured Creditors | $2,160.75 | $515.49 | $1,645.26 |
| 14 | WELLS FARGO<br>»»  12U | Unsecured Creditors | $1,621.00 | $0.00 | $1,621.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | MAXIM COMMERCIAL CAPITAL LLC<br>»» 013 | Unsecured Creditors | $11,379.64 | $0.00 | $11,379.64 |
| 16 | LENDING CLUB CORPORATION<br>»» 014 | Unsecured Creditors | $9,106.32 | $0.00 | $9,106.32 |
| 17 | DEPARTMENT STORE NATIONAL BANK<br>»» 015 | Unsecured Creditors | $1,166.18 | $0.00 | $1,166.18 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,685.00 | Current Monthly Payment: | $1,135.00 |
| Paid to Claims: | $22,574.95 | Arrearages: | $4,675.00 |
| Paid to Trustee: | $2,110.05 | Total Plan Base: | $91,785.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.