United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis Dela Cruz Fabian  
    Debtor

Case No. 20-11120-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 25, 2022      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Dela Cruz Fabian, 47 Goldenridge Drive, Levittown, PA 19057-3232 |
| 14497424 | + | Maxim Commercial Capital, LLC, c/o Wright Law Group, PLLC, 4470 W. Sunset Blvd., Suite 90003, Los Angeles, CA 90027-6302 |
| 14501126 | + | Maxim Commercial Capital, LLC, c/o Richard W. Keifer III, Esquire, Keifer Law firm, LLC, 311 Market Street, Kingston, PA 18704-5428 |
| 14557700 | + | Melody G. Anderson, Wright Law Group, PLLC, 4470 W. Sunset Blvd., Suite 90003, Los Angeles, CA 90027-6302 |
| 14500691 | + | Toyota Motor Credit Corporation, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14472066 | + | Weichert Finance Ser/d, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14482293 | + | Weichert Financial Services, 1 Corporate Drive, #360, Lake Zurich, IL 60047-8945 |
| 14473786 | + | Weichert Financial Services, c/o Ann E. Swartz, Esq., McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street Philadelphia, PA 19109-1060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14490711 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14472053 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14472054 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:44:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14479713 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 25 2022 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14472055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14487174 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14472056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:09 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14472057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:14 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14500348 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14478290 | | Email/Text: mrdiscen@discover.com | | |

Case 20-11120-amc   Doc 100   Filed 08/27/22   Entered 08/28/22 00:30:08   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14472058 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 25 2022 23:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14490823 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 25 2022 23:54:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14500236 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Aug 25 2022 23:44:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14472059 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Aug 25 2022 23:44:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14472060 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Aug 25 2022 23:44:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14472061 | + | Email/Text: info@maximcc.com | | |
| | | | Aug 25 2022 23:44:00 | Maxim Commercial Capital, 11620 Wilshire Blvd, Suite 540, Los Angeles, CA 90025-1778 |
| 14493881 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 25 2022 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14472062 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 25 2022 23:44:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14472063 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Aug 25 2022 23:43:33 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14486341 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 25 2022 23:43:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14472064 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 25 2022 23:43:33 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14472065 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Aug 25 2022 23:44:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14492163 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Aug 25 2022 23:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14494541 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Aug 25 2022 23:54:14 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14472067 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Aug 25 2022 23:54:19 | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022          Signature:     /s/Gustava Winters

Case 20-11120-amc   Doc 100   Filed 08/27/22   Entered 08/28/22 00:30:08   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW M. LUBIN | on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor Weichert Financial Services ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL P. KELLY | on behalf of Debtor Dennis Dela Cruz Fabian mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| RICHARD W. KEIFER, III | on behalf of Creditor Maxim Commercial Capital  LLC rkeifer@keiferlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Dennis Dela Cruz Fabian<br><br>　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 20-11120-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Dated: August 24, 2022

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE